**Dale E. MANTHEY, Appellant,**

v.

**Carolyn SABOL, Warden, in her individual capacity and as an agent of the Bureau of Prisons, Appellee.**

No. 03–2893.

United States Court of Appeals, Eighth Circuit.

Submitted Oct. 27, 2003.

Decided Nov. 10, 2003.

---

1. The Honorable Lyle E. Strom, United States District Judge for the District of Nebraska.

Dale E. Manthey, Yankton, SD, pro se.

Before RILEY, McMILLIAN, and SMITH, Circuit Judges.

PER CURIAM.

Federal inmate Dale Manthey (Manthey) filed a complaint under *Bivens v. Six Unknown Named Agents,* 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971), claiming Warden Carolyn Sabol violated his constitutional rights when she failed to authorize his transfer from one federal prison camp to another in accordance with Bureau of Prisons policies. The district court[1] dismissed without prejudice the complaint under 28 U.S.C. § 1915A, and Manthey appeals. Upon de novo review, *see Cooper v. Schriro,* 189 F.3d 781, 783 (8th Cir.1999) (per curiam), we agree with the district court that Manthey failed to allege the violation of a constitutional right, *see Olim v. Wakinekona,* 461 U.S. 238, 247, 103 S.Ct. 1741, 75 L.Ed.2d 813 (1983) (inmate has no specific constitutional right to be housed in any particular institution).

Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

1. The Honorable Richard H. Battey, United States District Judge for the District of South Dakota.